LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Lindsey E. Kress (SBN 278213)
lkress@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA  94104
Telephone:  415-318-8810
Facsimile:   415-676-5816

Attorneys for Plaintiff
LPP MORTGAGE LTD., L.P.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA  94104

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPP MORTGAGE LTD., L.P., a Texas Limited Partnership<br><br>Plaintiff,<br><br>v.<br><br>David W. Gates, Trustee of the David W. Gates Trust dated August 5, 1996; and JPMorgan Chase Bank, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank<br><br>Defendants. | Case No.: 2:15-cv-10008<br><br>**NOTICE OF RELATED CASES**<br><br>**L.R. 83-1.3** |

1

NOTICE OF RELATED CASES
*LPP Mortgage Ltd. v. David W. Gates, Trustee of the David W. Gates Trust dated August 5, 1996, et al.*

**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA 94104

1    Pursuant to Civil Local Rule 83-1.3, plaintiff LPP Mortgage Ltd., L.P. ("LPP")

2    identifies the following related case:

3    *David W. Gates v. LPP Mortgage, Inc., MGC Mortgage, Inc., et al.*, Case No.

4    141771, filed June 20, 2013 in the Superior Court of the State of California, County of

5    Santa Barbara.  This matter was removed to this Court on November 26, 2013, and

6    assigned Case No. CV13-8737-DSF (PLAx).  In this action, Plaintiff Gates asserted,

7    among other things, that LPP did not have the right to foreclose on real property

8    located at 1200 Palomino Drive, Santa Barbara, California 93105, the same Property

9    at issue in this action.

10    After a successful motion to dismiss by defendants, the action was voluntarily

11    dismissed by Plaintiff pursuant to Rule 41 of the Federal Rules of Civil Procedure on

12    January 15, 2014.

13

14

15    Dated:  December 30, 2015                    Respectfully submitted,

16                                                 LOCKE LORD LLP

17

18                                                 By: /s/ *Regina J. McClendon*

19                                                 Regina J. McClendon
                                                   Lindsey E. Kress

20

21                                                 *Attorneys for Plaintiff*
                                                   LPP MORTGAGE LTD., L.P.

22

23

24

25

26

27

28

---

2

NOTICE OF RELATED CASES

*LPP Mortgage Ltd. v. David W. Gates, Trustee of the David W. Gates Trust dated August 5, 1996, et al.*