| Attorney or Party without Attorney:<br>REGINA J. MCCLENDON<br>LOCKE LORD, LLP<br>44 MONTGOMERY STREET<br>SUITE 4100<br>SAN FRANCISCO, CA 94104 | | | Ref. No or File No.: | | For Court Use Only |
|---|---|---|---|---|---|
| Telephone No: | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | | | | | |
| Plaintiff: LPP MORTGAGE LTD.<br>Defendant: DAVID W. GATES, et al. | | | | | |
| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:15-cv-10008-SJO-GJS | |

1. I, Tim Siciliano, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant David W. Gates, Trustee of the David W. Gates Trust dated August 5, 1996 as follows:

2. Documents: Summons In A Civil Action; Complaint For Foreclosure; Civil Cover Sheet; Notice Of Interested Parties; Notice Of Related Cases; Notice Of Pendency Of Other Actions Or Proceedings; Notice Of Pendency Of Action (Lis Pendens); Notice Of Assignment To Untied States Judges; Notice To Parties Of Court-Directed Adr Program; Notice To Filer Of Deficiencies In Request For Issuance Of Summons; Request For Issuance Of Summons.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 01/06/16 | 7:15pm | Home | RESIDENTIAL ADDRESS. NO ANSWER. Attempt made by: Tim Siciliano, Registration #604 Ventura County. Attempt at: 1200 PALOMINO DRIVE SANTA BARBARA, CA 93105. |
| Fri | 01/08/16 | 6:20pm | Home | NO ANSWER, NO ACTIVITY. NO LIGHTS ON. Attempt made by: Tim Siciliano, Registration #604 Ventura County. Attempt at: 1200 PALOMINO DRIVE SANTA BARBARA, CA 93105. |
| Sun | 01/10/16 | 9:15am | Home | NO ANSWER, NO ACTIVITY. Attempt made by: Tim Siciliano, Registration #604 Ventura County. Attempt at: 1200 PALOMINO DRIVE SANTA BARBARA, CA 93105. |
| Tue | 01/12/16 | 12:04pm | Home | SPOKE WITH OCCUPANT, MARY. SHE RENTS THE HOME FROM THE SUBJECT. Attempt made by: Tim Siciliano, Registration #604 Ventura County. Attempt at: 1200 PALOMINO DRIVE SANTA BARBARA, CA 93105. |
| Wed | 01/13/16 | 9:00am | Home | Returned Not Served on: David W. Gates, Trustee of the David W. Gates Trust dated August 5, 1996 Home - 1200 PALOMINO DRIVE SANTA BARBARA, CA 93105 |

3. Person Executing
   a. Tim Siciliano



   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone   (213) 250-9111
   Fax         (213) 250-1197
   www.firstlegalnetwork.com

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. *The Fee for service was:*
e. *I am:* (3) registered California process server
   (i)   Independent Contractor
   (ii)  Registration No.:   604
   (iii) County:             Ventura

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Thu, Jan. 14, 2016

(Tim Siciliano)

**AFFIDAVIT OF DUE DILIGENCE**

7235311.loclosf.763910